IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELBERT DOVER**                                                                            **PLAINTIFF**

v.                              CASE NO. 4:22-CV-00448-BSM

**UNITED STATES OF AMERICA**, *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE